**No. 43962.**—Protest 982316–G of Harry Ashton & Co. (New York).

Opinion by CLINE, J. A statement on the invoice showed that the country of origin of the merchandise was Union of Soviet Socialist Republics, which was marked on the wooden cases in which the skins were packed, and that they also contained the initials "U. S. S. R." on the burlap which covered the cases. The cases were held sufficiently marked and the protest was sustained. *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) cited.